■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE SMITH, Appellant. [678 NYS2d 285] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered September 20, 1996, convicting him of attempted murder in the second degree (two counts) and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not entitled to a missing witness charge. The defendant did not make the requisite prima facie showing that the uncalled witness was knowledgeable about a material issue in the case, that he would be expected to testify favorably to the People, and that he was under their control (*see, People v Gonzalez,* 68 NY2d 424; *People v Bryant,* 194 AD2d 549).

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his *pro se* supplemental brief, are either unpreserved for appellate review or without merit. Bracken, J. P., Thompson, Pizzuto and Altman, JJ., concur.